| | |
|---|---|
| 1 | EUGENE G. IREDALE, ESQ. (SBN: 75292) |
|   | JULIA YOO, ESQ. (SBN: 231163) |
| 2 | LAW OFFICES OF EUGENE G. IREDALE |
|   | 105 West "F" Street, 4th Floor |
| 3 | San Diego, California 92101-6036 |
|   | TEL: (619) 233-1525  FAX: (619) 233-3221 |
| 4 | |
| 5 | Attorneys for plaintiff, Juan Carlos Vera |

FILED
10 JUL -8 AM 11:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS VERA, an individual,            )   Case No.
                                            )
           Plaintiff,                       )   '10 CV 1422 L    JMA
                                            )
v.                                          )
                                            )   COMPLAINT FOR:
JAMES O'KEEFE III, an individual,           )
HANNA GILES, an individual, and DOES        )   DAMAGES FOR VIOLATION OF
1-20 inclusive,                             )   CALIFORNIA PENAL CODE §632
                                            )   *et seq.*
                                            )
                                            )
           Defendants.                      )
                                            )
                                            )
                                            )   **JURY TRIAL DEMANDED**
                                            )
_____)

COMES NOW, JUAN CARLOS VERA, by and through his attorneys of record, and alleges and complains as follows:

### I.

### GENERAL ALLEGATIONS

1. Jurisdiction is proper in the United States District Court for the Southern District of California pursuant to 28 U.S.C. §1332.

2. Venue is proper in the Southern District of California because the acts or omissions which form the basis of the Plaintiff's claims occurred in San Diego, California.



3. The matter in controversy exceeds, exclusive of interest and costs, the sum or value of SEVENTY FIVE THOUSAND ($75,000.00) DOLLARS.

4. At all times relevant to this complaint, Plaintiff was an individual residing in San Diego County, California.

5. At all times relevant to this complaint, James O'Keefe III was an individual residing in Westwood, New Jersey.

6. At all times relevant to this complaint, Hannah Giles was an individual residing in Florida.

7. Plaintiff is truly ignorant of the true names and capacities of DOES 1 through 20, inclusive, and/or is truly ignorant of the facts giving rise to their liability and will amend this complaint once their identities have been ascertained.

## II.

## FACTS

8. Plaintiff realleges all prior paragraphs of this complaint and incorporates the same herein by this reference as if those paragraphs were set forth in full herein.

9. At the time of the incident, Plaintiff Juan Carlos Vera was an employee of ACORN.

10. On August 18, 2009, at approximately 5:00 p.m., Defendants O'Keefe and Giles visited the ACORN office in National City, California.

11. O'Keefe was wearing a hidden camera and recorded audio and video of the visit.

12. Defendants O'Keefe and Giles conspired to secretly videotape and audiotape Mr. Vera.

13. Defendants went into Mr. Vera's office, sat down, and began a conversation.

14. O'Keefe and Giles asked whether the conversation would be kept confidential and Mr. Vera agreed.

15. By this time, Defendants O'Keefe and Giles had already secretly videotaped employees of other ACORN offices in California and other states.

## III.

## FIRST CAUSE OF ACTION
Invasion of Privacy Act, Penal Code 630-638

16. Plaintiff realleges all prior paragraphs of this complaint and incorporates the same herein by this reference as if those paragraphs were set forth in full herein.

17. California law prohibits the recording of confidential communications without the consent of all participants where there is an objectively reasonable expectation that the conversation is not being overheard or recorded.

18. In 1967, the California Legislature adopted the Invasion of Privacy Act, codified at Penal Code sections 630 through 638.

19. The Act is designed to protect the right of privacy by requiring the consent of all parties before a confidential conversation is recorded.

20. The eavesdropping and recording provision, section 632, provides that any person who intentionally and without consent of all parties to a confidential communication records such conversation is guilty of a crime, punishable by imprisonment in state prison or county jail. (Penal Code, § 632(a).)

21. A private cause of action exists for any person injured by a violation of the Act. (*Id.*, § 637.2.)

22. Section 632 defines confidential communication to include "any communication carried on in circumstances as may reasonably indicate that any party to the communication desires it to be confined to the parties thereto." (*Id.*, § 632(c).)

23. Confidentiality requires nothing more than the existence of a reasonable expectation by one of the parties that the conversation is not being recorded.

24. The fact that the subject matter of the conversation might later be discussed with a third party has no bearing on a finding of confidentiality under the statute.

25. Although the Act contains exemptions for particular individuals or circumstances, no exemption exists for filmmakers, the media, or journalists.

3

26. Aggrieved parties are authorized by statute to bring a civil action for $5,000 or three times the amount of actual damages. (Penal Code, § 637.2)

27. Defendants secretly recorded Plaintiff Mr. Vera who had a reasonable expectation of privacy.

28. Defendants edited the video and audio of Mr. Vera and released the tape on the Internet.

29. As a result, Plaintiff suffered harm in the amount to be proven at trial.

## IV.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays as follows:

1. General damages according to proof at the time of trial;

2. Special damages according to proof at the time of trial;

3. Any further declaratory relief as this Court deems just;

4. Costs of suit and attorney's fees; and

5. A permanent order enjoining defendants from any further violations of Penal Code § 632.

DATED: July 7, 2010                                    Respectfully submitted,


EUGENE G. IREDALE
JULIA YOO
Attorneys for Plaintiff
JUAN CARLOS VERA

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Juan Carlos Vera

**DEFENDANTS**
James O'Keefe III, Hanna Giles

10 JUL -8 AM 11:42

(b) County of Residence of First Listed Plaintiff: San Diego County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Bergen County, NJ
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Eugene G. Iredale, 105 West F St., 4th Fl., San Diego, CA 92101.
Ph. (619) 233-1525

Attorneys (If Known)
'10 CV 1422 L   JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1332, diversity jurisdiction   28:1331

Brief description of cause:
Defendants violated California Penal Code Sec. 632, et. seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 07/08/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 15494   AMOUNT $350   7/8/10 B4   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS015494
Cashier ID: bhartman
Transaction Date: 07/08/2010
Payer Name: EUGENE IREDALE LAW OFFICE
----------------------------------
CIVIL FILING FEE
 For: VERA V O KEEFE ET AL
 Case/Party: D-CAS-3-10-CV-001422-001
 Amount:        $350.00
----------------------------------
CHECK
 Check/Money Order Num: 2508
 Amt Tendered:  $350.00
----------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```