ERIC A. GRESSLER, SBN 186674
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Tel (213) 629-2020/Fax (213) 612-2499

MICHAEL J. MADIGAN, admitted *Pro Hac Vice*
mmadigan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Tel (202) 339-8523/Fax (202) 339-8500

CHRISTOPHER J. HAJEC, admitted *Pro Hac Vice*
hajec@cir-usa.org
MICHAEL E. ROSMAN, admitted *Pro Hac Vice*
rosman@cir-usa.org
CENTER FOR INDIVIDUAL RIGHTS
1233 20th Street, N.W., Suite 300
Washington, DC 20036
Tel (202) 833-8400/Fax (202) 833-8410

Attorneys for Defendant
JAMES O'KEEFE III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual, HANNA GILES, an individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. CV 10-1422-L-JMA<br>Hon. M. James Lorenz<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

OHS West:261026755.1

NOTICE OF APPEARANCE OF COUNSEL
CV 10-1422-L-JMA

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE of the appearance of Michael J. Madigan of

3  Orrick, Herrington & Sutcliffe LLP, Christopher J. Hajec of the Center for

4  Individual Rights, and Michael E. Rosman, of the Center for Individual Rights,

5  counsel on behalf of Defendant James O'Keefe III, in this matter.

6      Counsel are requested to update their service lists with the following

7  information:

8
    Michael J. Madigan
    Orrick, Herrington & Sutcliffe LLP
9      1152 15th Street, N.W.
    Washington, DC 20005
10     Tel (202) 339-8523
    Fax (202) 339-8500
11

12     Christopher J. Hajec
    Center for Individual Rights
    1233 20th Street, N.W., Suite 300
13     Washington, DC 20036
    Tel (202) 833-8400
14     Fax (202) 833-8410

15     Michael E. Rosman
    Center for Individual Rights
16     1233 20th Street, N.W., Suite 300
    Washington, DC 20036
17     Tel (202) 833-8400
    Fax (202) 833-8410
18

19 Dated:  November 4, 2010    Respectfully submitted,

20                             ORRICK, HERRINGTON & SUTCLIFFE LLP

21

22                             By /s/Eric A. Gressler
                              ERIC A. GRESSLER, Attorneys for Defendant
23                               JAMES O'KEEFE III

24

25

26

27

28