UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual and HANNA GILES, an individual,<br><br>  Defendants. | Case No. 10CV1422-L (JMA)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court convened a telephonic Case Management Conference on March 7, 2011 at 9:30 a.m.  In light of the pending motion for judgment on the pleadings filed by Defendant Giles and the anticipated motion for judgment on the pleadings to be filed by Defendant O'Keefe, and pursuant to the parties' agreement, discovery shall be limited to written discovery until 90 days from the hearing date assigned to the motions or a ruling on the motions, whichever is earlier.

A telephonic Case Management Conference will be held on **July 20, 2011** at **9:30 a.m.**  Counsel for each party shall participate in the conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED:  March 7, 2011

Jan M. Adler
U.S. Magistrate Judge

10CV1422-L(JMA)