Case 3:10-cv-01422-L -JMA Document 24 Filed 03/25/11 Page 1 of 3

Benjamin Powell (SBN 214728)
benjamin.powell@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363'

Charles V. Berwanger (SBN 047282)
cberwanger@gordonrees.com
GORDON & REES LLP
101 W. Broadway
Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
HANNAH GILES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES O'KEEFE III, an individual<br>HANNAH GILES, an individual, and<br>DOES 1-20 inclusive,<br><br>        Defendants. | Case No. CV 10-1422-L-JMA<br>Hon. M. James Lorenz<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HANNAH GILES** |

1

NOTICE OF APPEARANCE
10-CV-1422-L

PLEASE TAKE NOTICE that Charles V. Berwanger of the law firm Gordon & Rees LLP is hereby appearing as co-counsel to Benjamin Powell, of Wilmer Cutler Pickering Hale & Dorr LLP for Defendant Hannah Giles in this matter and should be put on notice via electronic service through the CM/ECF system.

Dated: March 25, 2011

GORDON & REES LLP

By /s/ Charles V. Berwanger
Attorney for Defendant HANNAH GILES
Email: cberwanger@gordonrees.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of March, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eugene G Iredale<br>Law Office of Eugene G Iredale<br>105 West F Street<br>4th Floor<br>San Diego, CA 92101-6036<br>Attorney for Plaintiff Juan Carlos Vera | Eric A. Gressler<br>Orrick Herrington & Sutcliffe LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>Attorney for Defendant James O'Keefe, III |
| Michael J. Madigan<br>Orrick, Herrington & Sutcliffe, LLP<br>1152 15th Street, NW<br>Washington, DC 20005<br>(202) 339-8523<br>Attorney for Defendant James O'Keefe, III | Christopher J. Hajec<br>Michael E. Rosman<br>Center for Individual Rights<br>1233 20th Street, NW<br>Suite 300<br>Washington, DC 20036<br>Attorneys for Defendant James O'Keefe, III |

/s/ Charles V. Berwanger
Attorney for Defendant HANNAH GILES
Email:  cberwanger@gordonrees.com