UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE JAN M. ADLER TO MAGISTRATE JUDGE MITCHELL D. DEMBIN | TRANSFER ORDER |

IT IS HEREBY ORDERED THAT the following listed cases are transferred from the calendar of Magistrate Judge Jan M. Adler to the calendar of Magistrate Judge Mitchell D. Dembin for all further proceedings. After this transfer, the case number should be changed to reflect Magistrate Judge Dembin's initials. Therefore, in all case numbers, the "(JMA)" that appears after the case number should be changed to "(MDD)" to ensure all documents are properly routed. All conference or hearing dates set before Magistrate Judge Adler, if any, are vacated and will be rescheduled before Magistrate Judge Dembin. Any dates set before the district judge will remain unchanged.

| Title | Case No. |
|---|---|
| Martinez v. CACH | 10-CV-1625-DMS |
| Freeman v. Cate | 10-CV-1987-DMS |
| Chrisman v. Verkouteren | 11-CV-0357-AJB |
| Vera v. O'Keefe | 10-CV-1422-L |
| Casady v. American International Group | 10-CV-0431-JAH |
| Habetler v. Sebelius | 10-CV-1390-H |

| | | |
|---|---|---|
| 1 | Espinosa v. City of El Centro | 10-CV-2326-AJB |

    IT IS SO ORDERED.

DATED: April 25, 2011

                                                                              _____
                                                                             Jan M. Adler
                                                                             U.S. Magistrate Judge