# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>JAMES O'KEEFE III, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 10cv1422-L (MDD)<br><br>ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE |

On the Court's own motion a telephonic case management conference will be held **June 22, 2011, at 9:45 a.m.** Counsel are required to participate. Parties are not required to participate. **Counsel for Defendant O'Keefe is instructed to initiate the joint call to the Court at 619-446-3972 or call chambers by 5:00 p.m. on June 21, 2011 and provide dial-in number for the conference.**

　　IT IS SO ORDERED.

DATED: June 9, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge