ERIC A. GRESSLER, SBN 186674
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Tel (213) 629-2020/Fax (213) 612-2499

MICHAEL J. MADIGAN, admitted *Pro Hac Vice*
mmadigan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005
Tel (202) 339-8523/Fax (202) 339-8500

CHRISTOPHER J. HAJEC, admitted *Pro Hac Vice*
hajec@cir-usa.org
MICHAEL E. ROSMAN, admitted *Pro Hac Vice*
rosman@cir-usa.org
CENTER FOR INDIVIDUAL RIGHTS
1233 20th Street, N.W., Suite 300
Washington, DC 20036
Tel (202) 833-8400/Fax (202) 833-8410

Attorneys for Defendant
JAMES O'KEEFE III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual, HANNA GILES, an individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No.  CV 10-1422-L-MDD<br><br>**DEFENDANT O'KEEFE'S MOTION FOR A PROTECTIVE ORDER REGARDING COUNSEL FOR PLAINTIFF'S ISSUANCE OF SUBPOENAS OR, IN THE ALTERNATIVE, MOTION TO QUASH, AND MOTION FOR FEES**<br><br>Hon. Mitchell D. Dembin,<br>United States Magistrate Judge |

Pursuant to Federal Rules of Civil Procedure 26(c), 45(c)(3), and 37(a)(5), defendant James O'Keefe hereby moves for a protective order regarding plaintiff's issuance of subpoenas to AT&T and Verizon seeking defendant O'Keefe's

telephone records.  Defendant O'Keefe requests that the Court issue an order (1) directing the above-named companies, to the extent they have not yet complied with these subpoenas, not to comply with them, or, in the alternative, an order to quash, (2) directing plaintiff not to use or disclose any information he has obtained from any previous compliance with these subpoenas, and (3), pursuant to Federal Rules of Civil Procedure 26(c)(3) and 37(a)(5), ordering plaintiff to pay defendant O'Keefe's reasonable expenses incurred in making this motion, including attorney's fees.

The grounds for this motion are set forth more fully in the accompanying Memorandum of Points and Authorities.

Dated:  October 21, 2011                    Respectfully submitted,

                                            CENTER FOR INDIVIDUAL RIGHTS
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By s/ *Michael E. Rosman*
                                            CENTER FOR INDIVIDUAL RIGHTS
                                            MICHAEL E. ROSMAN
                                            CHRISTOPHER J. HAJEC,
                                            Attorneys for Defendant JAMES O'KEEFE III