Benjamin Powell (SBN 214728)
benjamin.powell@wilmerhale.com
Daniel P. Kearney, Jr. (admitted *pro hac vice*)
Philip R. Seybold (admitted *pro hac vice*)
Seth Bastianelli (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Charles V. Berwanger (SBN 047282)
cberwanger@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
HANNAH GILES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES O'KEEFE III, an individual HANNAH GILES, an individual, and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No. CV 10-1422-L-MDD<br>Hon. Mitchell D. Dembin<br><br>**JOINT MOTION TO CONTINUE THE APRIL 27, 2012 MANDATORY SETTLEMENT CONFERENCE AND RELATED BRIEFING** |

1   A Mandatory Settlement Conference is currently scheduled for April 27, 2012.
2   Settlement Briefs are due by April 23, 2012.  Due to scheduling conflicts, the
3   parties respectfully submit this Joint Motion to Continue the Mandatory Settlement
4   Conference and the Related Briefing, requesting that a new date be set for the
5   Mandatory Settlement Conference.  The parties further request that, when selecting
6   a convenient date, the Court set a corresponding date for the Settlement Briefs.
7   The parties met and conferred via teleconference on April 6, 2012.  All parties
8   consent to extending these deadlines.

   To assist the Court in setting a new date, the parties propose the following
10  dates for the Mandatory Settlement Conference: May 24 or 25, 2012.

Dated:  April 10, 2012

By /s/ Benjamin Powell
   Benjamin Powell
   Attorney for Defendant HANNAH GILES
   Email:  benjamin.powell@wilmerhale.com

By /s/ Michael J. Madigan
   Michael J. Madigan
   Attorney for Defendant JAMES O'KEEFE, III
   Email: mmadigan@orrick.com

By  /s/ Eugene G. Iredale
   Eugene G. Iredale
   Attorney for Plaintiff JUAN CARLOS VERA
   Email: egiredale@yahoo.com

2

Case No. CV 10-1422-L-MDD        JOINT MOTION TO CONTINUE  THE
                                 APRIL 27, 2012 MANDATORY SETTLEMENT
                                 CONFERENCE AND RELATED BRIEFING

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of April, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Eugene G Iredale<br>Law Office of Eugene G Iredale<br>105 West F Street<br>4th Floor<br>San Diego, CA 92101-6036<br>Attorney for Plaintiff Juan Carlos Vera | Michael E. Rosman<br>Christopher J. Hajec<br>Center for Individual Rights<br>1233 20th Street, NW, Suite 300<br>Washington, DC 20036<br>Attorneys for Defendant James O'Keefe, III |

Eric A. Gressler
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
Attorney for Defendant James O'Keefe, III

In addition, a copy was sent by United States mail and e-mail to:
Michael J. Madigan
Orrick, Herrington & Sutcliffe, LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8523
Attorney for Defendant James O'Keefe, III

                                           /s/ Benjamin Powell
                                           Attorney for Defendant HANNAH GILES
                                           Email:  benjamin.powell@wilmerhale.com