# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA , <br><br>　　　　　　　　　　　　Plaintiff, <br>　vs. <br><br>JAMES O'KEEFE III, et al., <br><br>　　　　　　　　　　　　Defendants. | CASE NO. 10cv1422-L (MDD) <br><br> ORDER RE: MOTION TO CONTINUE THE APRIL 27, 2012 MANDATORY SETTLEMENT CONFERENCE <br><br>[Doc. No. 77] |

On April 10, 2012, the parties filed a Motion to Continue the April 27, 2012 Mandatory Settlement Conference. (Doc. No. 77). Specifically, the parties cite scheduling conflicts for the request. After reviewing the status of the docket the Court will reschedule the Mandatory Settlement Conference for **June 21, 2012, at 9:30 a.m.** Confidential Settlement Conference briefs are due on or before **June 14, 2012**. All other orders of the Court remain in full force and effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED: April 18, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mitchell D. Dembin_
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge