Michael Madigan (admitted *pro hac vice*)
mmadigan@orrick.com
Brooke Daley (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, NW
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Eric Gressler (SBN 186674)
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
JAMES O'KEEFE III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA<br><br>Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual HANNAH GILES, an individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. CV 10-1422-L(MDD)<br>Hon. M. James Lorenz<br><br>**NOTICE OF JOINDER OF DEFENDANT JAMES O'KEEFE III TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT HANNAH GILES'S MOTION FOR SUMMARY JUDGMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendant James O'Keefe III hereby joins in the Memorandum of Points and Authorities in support of Defendant Hannah Giles's Motion for Summary Judgment, filed by Defendant Hannah Giles on May 7, 2012, and relies upon the facts and legal authority set forth in said motion.

Mr. O'Keefe will not burden the Court with a separate pleading as we concur with the recitation of the facts and law in Defendant Hannah Giles's motion.

Dated:  May 7, 2012          Respectfully submitted,
                             ORRICK, HERRINGTON & SUTCLIFFE LLP

                             By /s/ Michael Madigan
                             Attorney for Defendant JAMES O'KEEFE III
                             Email:  mmadigan@orrick.com

1

NOTICE OF JOINDER OF DEFENDANT
JAMES O'KEEFE III
TO MEMORANDUM IN SUPPORT OF
DEFENDANT HANNAH GILES'
MOTION FOR SUMMARY JUDGMENT
10-CV-1422-L

# DECLARATION AND CERTIFICATE OF SERVICE

I, Michael Madigan, hereby declare as follows:

I am over the age of 18 years and not a party to this action. I am employed with Orrick, Herrington & Sutcliffe, LLP, in Washington, District of Columbia. My business address is 1152 15th Street, N.W., Washington, D.C., 20005.

On May 7, 2012, I served the following document:

1. **NOTICE OF JOINDER OF DEFENDANT JAMES O'KEEFE III TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT HANNAH GILES'S MOTION FOR SUMMARY JUDGMENT**

(By **ELECTRONIC FILING**) I served the above referenced document by E-filing in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, which will send notification of such filing to the interested parties:

Eugene G Iredale
Law Office of Eugene G Iredale
105 West F Street
4th Floor
San Diego, CA 92101-6036
**Attorney for Plaintiff Juan Carlos Vera**

Benjamin Powell
Daniel P. Kearney, Jr.
Philip R. Seybold
Seth Bastianelli
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
**Attorneys for Defendant Hannah Giles**

Charles V. Berwanger
GORDON & REES LLP
101 W. Broadway, Suite 2000

2

NOTICE OF JOINDER OF DEFENDANT
JAMES O'KEEFE III
TO MEMORANDUM IN SUPPORT OF
DEFENDANT HANNAH GILES'
MOTION FOR SUMMARY JUDGMENT
10-CV-1422-L

San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
**Attorney for Defendant Hannah Giles**

Hiram Stanley Sasser, III
LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, Texas 75075
Telephone: (972) 941-4444
Fax: (972) 423-6162
**Attorney for Defendant Hannah Giles**

I declare under the penalty of perjury under the laws of the District of Columbia that the foregoing is true and correct. Executed on May 7, 2012, in the District of Columbia.

          /s/ Michael Madigan
          Attorney for Defendant JAMES O'KEEFE III
          Email:  mmadigan@orrick.com

3

NOTICE OF JOINDER OF DEFENDANT
JAMES O'KEEFE III
TO MEMORANDUM IN SUPPORT OF
DEFENDANT HANNAH GILES'
MOTION FOR SUMMARY JUDGMENT
10-CV-1422-L