1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10

11  JUAN CARLOS VERA,                    )   Civil No. 10cv1422 L (JMA)
                                         )
12              Plaintiff,               )   **ORDER RE: ORAL ARGUMENT**
                                         )
13  v.                                   )
                                         )
14  JAMES O'KEEFE III and HANNAH         )
    GILES,                               )
15                                       )
                Defendants.              )
16  _____ )

17          Defendant Hannah Giles's motion for summary judgment is set for hearing on June 11,

18  2012. The Court finds this motion suitable for determination on the papers submitted and

19  without oral argument under Civil Local Rule 7.1(d)(1). Accordingly, no appearances are

20  required.

21          **IT IS SO ORDERED.**

22  DATED:  May 21, 2012

23                                                     _____
                                                       M. James Lorenz
24                                                     United States District Court Judge

25  COPY TO:

26  HON. JAN M. ADLER
    UNITED STATES MAGISTRATE JUDGE
27

28  ALL PARTIES/COUNSEL

                                                                            10cv1422

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10cv1422