

**Vera**                                                                           **10cv1422 L (JMA)**

**-v-**

**O'Keef III et al**

**STRICKEN DOCUMENT**
**(Document Stricken Per Order 85)**

**84**