Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
IREDALE & YOO, APC
105 West "F" Street, Fourt Floor
San Diego, California 92101-6036
Telephone: 619.233.1525
Facsimile: 619.233.3221

Attorneys for Plaintiff
Juan Carlos Vera

**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF CALIFORNIA**
(Hon. M. James Lorenz)

JUAN CARLOS VERA, an individual,

Plaintiff,

v.

JAMES O'KEEFE III, an individual, HANNAH GILES, an individual, and DOES 1-20 inclusive,

Defendants.

Case No. 10-cv-01422-L-JMA

**EXHIBIT LIST TO PLAINTIFF'S OPPOSITION TO DEFENDANT HANNAH GILES' MOTION FOR SUMMARY JUDGMENT**

Date: June 11, 2012
Time: 10:30 a.m.
Ctrm: 14

**EXHIBIT LIST**

1. Plaintiff Juan Carlos Vera's Declaration in Support of His Opposition to Defendant Hannah Giles' Motion for Summary Judgment

2. Excerpts of Deposition of James O'Keefe III, dated March 15, 2012

3. Excerpts of Deposition of Hannah Giles, dated March 16, 2012

4. Excerpts of Deposition of Juan Carlos Vera, Vol. 1, dated March 20, 2012

5. Excerpts of Deposition of David Lagstein, dated March 21, 2012