# Exhibit 3

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

------------------------------------x
JUAN CARLOS VERA, an individual,        :
                Plaintiff,              :   Case No.
        v.                              :   10-cv-01422-L-JMA
JAMES O'KEEFE, III, an individual,      :
HANNA GILES, an individual, and         :
DOES 1-20 inclusive,                    :
                Defendants.             :
------------------------------------x

Videotaped Deposition of HANNAH GILES

Washington, DC

Friday, March 16, 2012

9:37 a.m.

Pages: 1 - 145

Reported by: Alda Mandell, RPR, CRR

Hannah Giles											Vera v. O'Keefe

```
 1   not being.
 2        Q    You remember it was not a red tie.
 3        A    Yes.
 4        Q    All right.  As he came in with this not-red
 5   tie, it contained you say a video camera in it?
 6        A    Yes.
 7        Q    And the video camera recorded both image and
 8   audio.
 9        A    It definitely did video.
10        Q    You're not sure whether it did audio?
11        A    It could have done audio.  I'm not sure if
12   it did.
13        Q    Well, after the tape was finished, did you
14   listen to it?
15        A    No.
16        Q    Did you watch it?
17        A    No.
18        Q    Now, in addition to going in with the video
19   camera implanted in his not-red tie, he had something
20   to record audio, is that correct?
21        A    Yes.
22        Q    Or did you carry anything to record?
23        A    I did not.
24        Q    You wanted to let him do the recording?
25        A    There wasn't a choice.  There was no
```

```
 1   discussion about that.
 2        Q    And the audio recorder was what?
 3        A    I believe it was his phone.
 4        Q    His phone?
 5        A    Yes.
 6        Q    And do you know how he activated the phone
 7   to cause it to record?
 8        A    That was his business.
 9        Q    So he was recording two times, twice the
10   same -- one on the camera and the other with his
11   phone, as best as you knew?
12        A    Yes.
13        Q    Now, when did you first meet Andrew
14   Breitbart?
15        A    In person?
16        Q    Well, you met him over the phone or online
17   first?
18        A    Over the phone.
19        Q    When did you first speak to him over the
20   phone?
21        A    September 2009.
22        Q    What did you say to him and what did he say
23   to you?
24        A    He told me I was going to New York.
25        Q    And what did you say?
```

```
 1   from O'Keefe but from Andrew Breitbart.  Am I correct
 2   in that?
 3       A    Yes.
 4       Q    Because you then, in December of 2009, some
 5   three and a half or four months after the videotaping,
 6   began to work for Andrew Breitbart.
 7       A    Yes.
 8       Q    Bigjournalism.com.
 9       A    Yes.
10       Q    And biggovernment.com.
11       A    The Breitbart, LLC.
12       Q    And your position was journalist?
13       A    Yes.
14       Q    And what did that involve doing?
15       A    Research.  Lots of research.  I wrote a few
16   articles for them.
17       Q    Were they published on the blog site?
18       A    Yes.
19       Q    And where were you when you were doing the
20   work?  Were you physically in California or physically
21   in Miami?
22       A    I was in Miami.
23       Q    You were paid how much per week, best
24   estimate?
25       A    The deal was for $60,000 a year.
```

```
 1      A    He was in and out of the office.  I believe
 2  maybe twice.
 3      Q    And when he came in, how long did he remain
 4  in?
 5      A    He said a few words to Juan Carlos and left.
 6      Q    And when he came back, he came back in, said
 7  a few words and then left again?
 8      A    Possibly.  Or he looked in to check to see
 9  if we were still there or something.
10      Q    And then went away?
11      A    Uh-huh.
12      Q    Uh-huh means yes?
13      A    Yes.
14      Q    All right.  So that's the story with the
15  tall thin man, right?  Yes?
16      A    Tallish.
17      Q    Tallish.
18      A    Yes.
19      Q    So the thing we knew about the tall thin man
20  is he came to the doorway, said a few words to Juan
21  Carlos, and went away.  Right?  Yes?
22      A    Yes.
23      Q    And then another time he came back, looked
24  in to see if the meeting was still going on, and then
25  went away.  Is that right?
```

```
 1      Q    And this large man was not in the office
 2 during any time you were talking to Juan Carlos, was
 3 he?
 4      A    No.  He was the one who greeted James and I.
 5      Q    He greeted you on your way in.  Correct?
 6      A    On our way in.  Yes.
 7      Q    And then he was not a participant in the
 8 conversation that you had with Juan Carlos.
 9      A    No.
10      Q    And he was not within 20 feet of the
11 conversation that you had with Juan Carlos in his
12 office, correct?
13      A    Not to my knowledge.
14      Q    Well, that's all I'm asking you.  And by the
15 way, do either of these mysterious characters appear
16 in the videotape that was made?
17      A    Um.  Yes.
18      Q    And the videotape is an accurate and fair
19 representation of the events that occurred?
20      A    Yes.
21      Q    And it was an attempt to get everybody who
22 was present so that you could identify the people who
23 were involved in doing bad things, right?
24      A    Not necessarily.
25      Q    No?  You weren't interested in identifying
```

1  the people who were doing bad things?
2       A    It was the issue we were concerned about,
3  not the people.
4       Q    Other than the tall thin man and the large
5  heavy but not obese man, was there anybody else --
6  maybe was there anybody hiding under his desk?  Did
7  you see like anybody who's head was popping out of the
8  desk while you were recording Mr. Vera?
9       A    No.  And I'm sure that would scare me, if
10 there was.
11      Q    I bet it would.  Did you see anybody maybe
12 up hiding in the rafters or in the ceiling?
13           MR. KEARNEY:  Gene.
14           MR. IREDALE:  Or anything like that?
15      A    No, sir.
16 BY MR. IREDALE:
17      Q    Okay.  Anybody else other than the tall thin
18 man and the heavy but not obese man that was in the
19 large ACORN office that day with yourself?
20      A    Not that I saw.
21           MR. IREDALE:  All right.  Let's take a break
22 if we could for about five minutes.
23           (A recess was taken.)
24           THE VIDEO OPERATOR:  Going off record at
25 11:42:08.

```
 1   Says you can be reached through him.
 2        A    Yes.
 3        Q    And was that in his pimp role as well so
 4   that nobody could reach you except going through him?
 5        A    Possibly.
 6        Q    Let me go to page 4.  Now, do you remember
 7   that Juan Carlos left the room a second time for a
 8   brief period?
 9        A    I do now.
10        Q    And then when he came back, the recording
11   continued.
12        A    Yes.
13        Q    At some point O'Keefe says wait.  Before you
14   begin um can you -- this is confidential, right?  And
15   Juan Carlos said yeah.  Am I correct?
16        A    Yes.
17        Q    And James says thank you.  Right?
18        A    Yes.
19        Q    Then you say it's like it's not being
20   recorded or anything.
21        A    Correct.
22        Q    And Juan Carlos said no no no.  Right?
23        A    Yes.
24        Q    But of course it was being recorded.
25        A    Yes.
```

```
 1      Q    You just didn't bother to tell him that.
 2      A    Right.
 3      Q    You didn't want to tell him that.
 4      A    No.
 5      Q    You wanted to act like you were afraid it
 6  might be recorded so that he would think for sure it
 7  wasn't being recorded.  Yes?
 8      A    Yes.
 9      Q    Let's go to page 7 if we could.  At some
10  point during this time, do you remember the phone
11  ringing, Juan Carlos picking it up and speaking in
12  Spanish?
13      A    Yes.
14      Q    And then after he hung up the phone, he
15  resumed speaking with you.
16      A    Yes.
17      Q    Let's go to page 17 if we could.  In the
18  middle of the page O'Keefe said she gets paid hundreds
19  of dollars per visit so we -- we're raking an income.
20  We expect when the -- when the -- when the girls come
21  over, we expect making about, you know, $100 on each
22  of these girls a day so we're looking at over $1,000 a
23  day of income.
24           Do you remember him saying that?
25      A    Sure.  I see it here and I believe it here.
```

1         When you came back, there was a discussion,
2    another discussion now, that took place on the
3    stairwell.
4         A    Yes.
5         Q    It was between you and Juan Carlos and
6    Mr. O'Keefe.
7         A    Correct.
8         Q    I believe there was a discussion about your
9    having earned $2500 for your work for the weekend.
10        A    Probably.
11        Q    And then you had -- you say your house
12   rental, food and pool.
13             Do you remember that?
14        A    Included in the expenses.
15        Q    Now, during this conversation on the
16   stairwell, there was no one else present, correct?
17        A    Not that I know of.
18        Q    The tall man had gone somewhere else?
19        A    He was not there.
20        Q    The heavy but not obese man had gone
21   somewhere else?
22        A    He was not there.
23        Q    So it was just the three of you?
24        A    Yes.
25        Q    Nobody lurking around the --