Benjamin Powell (SBN 214728)
benjamin.powell@wilmerhale.com
Daniel P. Kearney, Jr. (admitted *pro hac vice*)
Philip R. Seybold (admitted *pro hac vice*)
Seth Bastianelli (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Charles V. Berwanger (SBN 047282)
cberwanger@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
HANNAH GILES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA<br><br>Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III, an individual HANNAH GILES, an individual, and DOES 1-20 inclusive,<br><br>Defendants. | Case No.  CV 10-1422-L(MDD)<br>Hon. M. James Lorenz<br><br>**DECLARATION OF DANIEL P. KEARNEY, JR.** |

I, Daniel P. Kearney, Jr., hereby declare:

1. I am counsel in the law firm of Wilmer Cutler Pickering Hale & Dorr LLP.

2. Attached hereto are true and correct copies of the following documents, which are submitted as exhibits in support of the REPLY IN SUPPORT OF DEFENDANT GILES'S MOTION FOR SUMMARY JUDGMENT, filed on June 4, 2012.

| Ex. # | Document |
|---|---|
| 1 | Excerpts of Deposition of Hannah Giles, dated March 16, 2012. |

Dated: June 4, 2012

Respectfully submitted,
WILMER CUTLER PICKERING HALE & DORR LLP

By _____
Attorney for Defendant HANNAH GILES
Email: daniel.kearney@wilmerhale.com