# EXHIBIT 1

```
                    UNITED STATES DISTRICT COURT

       IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA



    -----------------------------------x

    JUAN CARLOS VERA, an individual,    :

                 Plaintiff,             :   Case No.

           v.                           :   10-cv-01422-L-JMA

    JAMES O'KEEFE, III, an individual,  :

    HANNA GILES, an individual, and     :

    DOES 1-20 inclusive,                :

                 Defendants.            :

    -----------------------------------x



              Videotaped Deposition of HANNAH GILES

                         Washington, DC

                    Friday, March 16, 2012

                           9:37 a.m.
```

Pages: 1 - 145

Reported by: Alda Mandell, RPR, CRR

1     A     No.
2     **Q     When Breitbart hired you -- well, September**
3  **he brings up the issue of the job.  Did O'Keefe bring**
4  **up the issue of the idea of working for Breitbart, or**
5  **did Breitbart approach you himself?**
6     A     Breitbart approached me himself.
7     **Q     And did that issue of you working for**
8  **Breitbart come up when this conversation occurred**
9  **where you were reluctant to go on television and he**
10 **was saying it's for the best?**
11    A     No.  We had a conversation about employment
12 sometime later.
13    **Q     How much later?**
14    A     I don't know.  Two weeks after that.  Four
15 weeks after that.
16    **Q     Tell me about that conversation.**
17    A     He asked me if I was -- if I was liking
18 journalism school or if I would rather get firsthand
19 experience in the field as a journalist.
20    **Q     And you said?**
21    A     I would have to think about it.
22    **Q     And what was his response?**
23    A     Fine.  No pressure.
24    **Q     What happened next?**
25    A     A lot of stuff.

1     A    Yes.

2     **Q    How did it change your life for the worst?**

3     A    It changed my life. Not for the worst.
4  Just very different. Very different lifestyle.

5     **Q    How was it different?**

6     A    There's a difference between going to the
7  beach every day relaxing and then not. Big
8  difference.

9     **Q    You'd prefer the former and not the latter.**

10    A    Some days.

11    **Q    Now, let me go back into some discussion
12  that we had concerning the issue of the job. Where I
13  thought we had left it was that Breitbart said how
14  would you like to get some experience instead of going
15  to journalism school. And you said you would think
16  about it or words to that effect.**

17    A    Yes.

18    **Q    Do I have that right?**

19    A    Yes.

20    **Q    And then thereafter, what interaction was
21  there between that and the time you actually started
22  working?**

23    A    Minimal. He -- in I think October, November
24  was when -- you know, during those two months was when
25  they -- when his team solidified the idea that I would

```
 1    come work for them.  So not a lot of discussion about
 2    it.
 3         Q    You said "his team."  Who was on his team as
 4    you understood it?
 5         A    Larry Solov.
 6         Q    Solov, S-O-L-O-V?
 7         A    (Nods)
 8         Q    Anyone else?
 9         A    No.
10         Q    All right.  So you believed that they were
11    discussing it or solidifying their plans in October,
12    November.  And then what happened?
13         A    And then sometime in November I signed the
14    employment agreement.
15         Q    Do you have a copy of that employment
16    agreement?
17         A    Somewhere.
18         Q    Still in existence.
19         A    Yes.
20         Q    And the employment agreement was how many
21    pages long?  Five, six?
22         A    Longer.
23         Q    And it was a contract for you to work for a
24    year.  Is that right?
25         A    Yes.
```