Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
IREDALE and YOO, APC
105 West "F" Street, Fourt Floor
San Diego, California 92101-6036
Telephone:   619.233.1525
Facsimile:   619.233.3221

Attorneys for plaintiff, Juan Carlos Vera

**UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS VERA, an individual, | Case No.   10-cv-01422-L-JMA |
| Plaintiff, | |
| v. | PLAINTIFF'S DISCLOSURES PURSUANT TO FRCP RULE 26(a)(3) |
| JAMES O'KEEFE III, an individual, HANNA GILES, an individual, and DOES 1-20 inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff JUAN CARLOS VERA, by and through his attorneys of record, and hereby provides the following Disclosures pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure:

A.   WITNESSES:

The following persons witnesses Plaintiff will call to support his claims:

1.   Plaintiff Juan Carlos Vera

2.   Defendant James O'Keefe

3.  Hannah Giles
4.  David Lagstein
5.  Cruz Acosta
6.  Mar Murrillon
7.  Detective Alejandro Hernandez, National City Police Dept.
8.  Detective Steve Villariasa, National City Police Dept.
9.  Detective Mark Haas, San Diego Police Dept.
10. Maria de Lourdes de Vera
11. Arlet Vera
12. Maura Larkins
13. Rosa Madrigal
14. Mar Morillon
15. Alex Hernandez
16. Luis Hernandez
17. Mark Widol
18. Dilia Cade
19. Alina Azar
20. Martha Esparza
21. Miguel Esparza
22. Issac Esparza
23. Eleazar Vera
24. Gaby Castellanos
25. Luis Castañeda
26. Miguel Esparza

////
////
////

Plaintiff's Rule 26(a)(3) Disclosures
10-cv-01422-L-JMA

B.  DOCUMENTS:

The following documents and/or tangible things are evidence plaintiff intends to use to support his claims:

1. Documents from the California Attorney General investigation
2. Termination memo from ACORN
3. Video/audio recordings of Juan Carlos Vera
4. O'Keefe Interrogatory Responses
5. O'Keefe Responses to Request for Production of Documents
6. O'Keefe Responses to Request for Admission
7. O'Keefe deposition transcript
8. O'Keefe deposition video
9. Giles deposition transcript
10. Giles deposition video
11. O'Keefe employment contract
12. Medical records of Juan Carlos Vera
13. Telephone records of Juan Carlos Vera
14. Certificate of training from ACORN
15. Recognition for Department of Treasury
16. Letter from the Department of Treasury
17. Photograph of Juan Carlos Vera
18. Television broadcasts regarding the O'Keefe taping of Juan Carlos Vera
19. Newspaper articless regarding the O'Keefe taping of Juan Carlos Vera
20. Diagram of ACORN offices

////
////
////
////

                                            Respectfully submitted,

Dated:   July 2, 2012                    *S/ Eugene Iredale*
                                                      EUGENE G. IREDALE
                                                      JULIA YOO
                                                      Attorneys for Plaintiff
                                                      JUAN CARLOS VERA