UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>            Plaintiff,<br><br>v.<br><br>JAMES O'KEEFE III and HANNAH GILES,<br><br>            Defendants. | Civil No. 10cv1422 L (MMD)<br><br>**ORDER VACATING THE DATE FOR FILING THE PROPOSED PRETRIAL ORDER AND THE PRETRIAL CONFERENCE DATE** |

Currently pending before the Court is defendant Hannah Giles's motion for summary judgment to which defendant James O'Keefe has joined. The Court has been notified that Ms Giles and plaintiff have reached a settlement in this action. Nevertheless, the Court will consider Mr. O'Keefe's joinder in the motion for summary judgment and will enter a decision on the merits of the motion.

The final pretrial conference is set for July 23, 2012, with the proposed pretrial order due on July 16, 2012. Because of the pending motion for summary judgment, the pretrial conference date will be reset for a time after the decision on the motion is filed if necessary.

/ / /

/ / /

/ / /

/ / /

1      Accordingly, **IT IS ORDERED** that the dates for the final pretrial conference and the
2 submission of a proposed pretrial order are **VACATED**. The dates will be reset, if necessary,
3 after the decision on the pending motion for summary judgment is filed.
4      **IT IS SO ORDERED.**
5 DATED: July 12, 2012

                                                                         M. James Lorenz
                                                                         United States District Court Judge

8 COPY TO:
9 HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

11 ALL PARTIES/COUNSEL