Eugene G. Iredale, SBN: 75292
Julia Yoo, SBN: 231163
IREDALE and YOO, APC
105 West "F" Street, Fourth Floor
San Diego, California 92101-6036
Telephone:     619.233.1525
Facsimile:      619.233.3221

Attorneys for Plaintiff,
JUAN CARLOS VERA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Hon. M. James Lorenz)

| | |
|---|---|
| JUAN CARLOS VERA<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES O'KEEFE III, an individual<br>HANNAH GILES, an individual, and<br>DOES 1-20 inclusive,<br><br>            Defendants. | Case No.  CV 10-1422-L(MDD)<br><br>**JOINT MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT HANNAH GILES WITH PREJUDICE PURSUANT TO F.R.C.P 41(a)(2)** |

     Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Juan Carlos Vera ("Vera") hereby moves to dismiss <u>with prejudice</u> all claims against Defendant Hannah Giles ("Giles") in the above-referenced action.  In support of this motion, Vera states as follows:

1.     Vera and Giles have reached a mutually agreeable resolution of the claims at issue in the above-referenced action.

2.     Vera's counsel has conferred with Giles's counsel, and received Giles's consent to file this joint motion.

3. Vera and Giles shall bear their own fees and costs.

Dated: July 20, 2012					Respectfully submitted,
							IREDALE & YOO, APC


						By */s/ Eugene Iredale*
							Eugene Iredale
							Attorney for Plaintiff JUAN CARLOS VERA


Dated: July 20, 2012					Respectfully submitted,
							WILMER HALE


						By */s/ Benjamin Powell*
							Benjamin Powell
							Attorney for Defendant HANNAH GILES


## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Wilmer Hale, counsel for Defendant Hannah Giles, and that I have obtained their authorization to affix their electronic signature to this document.


Dated: July 20, 2012					/s/   Eugene G. Iredale
							Eugene G. Iredale
							Attorneys for Plaintiff
							Juan Carlos Vera