MICHAEL J. MADIGAN (admitted *pro hac vice*)
BROOKE DALEY (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone:   202-339-8400
Facsimile:    202-339-8500

ERIC GRESSLER (SBN 186674)
egressler@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017-5855
Telephone:   213-629-2020
Facsimile:    213-612-2499

Attorneys for Defendant
JAMES O'KEEFE III

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS VERA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMES O'KEEFE III, an individual, HANNAH GILES, an individual, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-1422-L-MDD<br>Hon. M. James Lorenz, Judge<br><br>**NOTICE OF WITHDRAWAL OF MOTION**<br><br>Pre-Trial Conference: November 5, 2012<br><br>Time: 11:00 a.m. |

Counsel for Defendant James O'Keefe III ("O'Keefe") hereby withdraws O'Keefe's statement in response to Order to Show Cause why sanctions should not be imposed on counsel (Docket Number 97) because it was improperly filed as a motion.  It will be re-filed as a response.

                                              Respectfully submitted,

Dated:  October 15, 2012                /s/ Michael J. Madigan

                                              MICHAEL J. MADIGAN
                                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              Attorney for Defendant James O'Keefe III

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 15th day of October, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Eugene G Iredale
Law Office of Eugene G Iredale
105 West F Street
4th Floor
San Diego, CA 92101-6036
Attorney for Plaintiff Juan Carlos Vera

                         /s/ Michael Madigan

                         Attorney for Defendant James O'Keefe III
                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                         1152 15th Street, N.W.
                         Washington, D.C. 20005
                         Telephone:  202-339-8400
                         Facsimile:   202-339-8500
                         Email:  mmadigan@orrick.com